**DISMISS; and Opinion Filed March 5, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01589-CV**

**GETHOTDEAL, INC. D/B/A FLORIDA CARS, Appellant**
**V.**
**MICHAEL FISCHMAN, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03690-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

The Court has before it appellant's motion to dismiss. *See* TEX. R. APP. P. 42.1(a). We

**GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

121589F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GETHOTDEAL, INC. D/B/A FLORIDA CARS, Appellant

No. 05-12-01589-CV      V.

MICHAEL FISCHMAN, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-03690-2012.
Opinion delivered per curiam before Justice Lang-Miers, Chief Justice Wright and Justice Lewis.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MICHAEL FISCHMAN recover his costs of this appeal from appellant GETHOTDEAL, INC. D/B/A FLORIDA CARS.

Judgment entered this 5th day of March, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE